# United States Bankruptcy Court
## District of Colorado

In re   Glenwood GFB LLC                                    Case No.
                    Debtor(s)                               Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Glenwood GFB LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 14, 2025                                  /s/ Gregory K. Stern
Date                                              Gregory K. Stern 6183380 IL
                                                  Signature of Attorney or Litigant
                                                  Counsel for   Glenwood GFB LLC
                                                  Gregory K. Stern, P.C.
                                                  53 West Jackson Boulevard
                                                  Suite 1442
                                                  Chicago, IL 60604
                                                  (312) 427-1558 Fax:(312) 427-1289
                                                  greg@gregstern.com