**Fill in this information to identify the case:**

Debtor name: Glenwood GFB LLC

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): 25-16685

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from Schedule A/B.................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from Schedule A/B................................................................................ $ 56,759.16

   **1c. Total of all property:**
   Copy line 92 from Schedule A/B.................................................................................. $ 56,759.16

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D.............. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................ +$ 2,087,562.52

4. **Total liabilities** .................
   Lines 2 + 3a + 3b                                                                                       $ 2,087,562.52